**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CARL SCOGGINS                                                                                    PLAINTIFF

v.                                    No. 2:13CV00171 JLH

CITY OF HELENA-WEST HELENA, ARKANSAS;
ULESS WALLACE; TRAVIS WALLACE;
TIMOTHY FUGATE; TROY HOUSE;
MATTHEW JARRETT; MICHAEL HARRIS;
and AMOS BRYANT                                                                          DEFENDANTS

**<u>ORDER</u>**

Plaintiff, Carl Scoggins, filed a complaint in this action on December 20, 2013.  More than

120 days have passed.  Plaintiff has not filed proof of service on the defendants.  Rule 4(m) of the

Federal Rules of Civil Procedure provides:

> If a defendant is not served within 120 days after the complaint is filed, the
> court—on motion or on its own after notice to the plaintiff—must dismiss the action
> without prejudice against that defendant or order that service be made within a
> specified time. But if the plaintiff shows good cause for the failure, the court must
> extend the time for service for an appropriate period.

Notice is hereby given to the plaintiff that the Court will dismiss this action unless proof of

service is filed ***on or before Wednesday, May 28, 2014***, or the plaintiff establishes good cause for

the failure to serve summons and complaint on the defendants within 120 days after the filing of the

complaint.

IT IS SO ORDERED this 28th day of April, 2014.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE