**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CARL SCOGGINS                                                                                          PLAINTIFF

v.                                       No. 2:13CV00171 JLH

TRAVIS WALLACE; TIMOTHY FUGATE;
TROY HOUSE; MATTHEW JARRETT;
and MICHAEL HARRIS                                                                             DEFENDANTS

**ORDER**

Michael Harris has filed a motion to dismiss the complaint against him for insufficiency of service. The time for filing a response under Local Rule 7.2(b) has expired, and no objection has been made. The motion to dismiss is therefore GRANTED. Document #15. Carl Scoggins's complaint against Michael Harris is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE