# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CARL SCOGGINS                                                                                    PLAINTIFF

v.                                              No. 2:13CV00171 JLH

TRAVIS WALLACE; TIMOTHY FUGATE;
TROY HOUSE; and MATTHEW JARRETT                                          DEFENDANTS

## ORDER

The plaintiff has filed a notice of voluntary dismissal without prejudice. Defense counsel has notified the Court that the defendants have no objection to the dismissal. This action is therefore dismissed without prejudice. The Clerk is instructed to terminate this action.

IT IS SO ORDERED this 7th day of May, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE